IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MEGAN TURNER,<br>**Plaintiff** | §<br>§<br>§ | |
| vs. | §<br>§ | Case No. 6:24-cv-03249-DPR |
| SNR GLOBAL, LLC d/b/a<br>JS SPRINGFIELD, LLC and<br>SOUTHERN ROOFING AND<br>RENOVATIONS, LLC,<br>**Defendant** | §<br>§<br>§<br>§<br>§ | |

## DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Megan Turner and Defendants SNR Global LLC d/b/a JS Springfield, LLC and Southern Roofing and Renovations, LLC., and voluntarily dismiss the above captioned cause with prejudice with each party to be responsible for their attorneys fees and court costs.

*/s/Jay Kirksey/s/*
**Jerry M. Kirksey**
Missouri Bar No. 38643
Attorney for Plaintiffs
**PO Box 69**
Bolivar, Missouri 65613
Telephone 417.326.9841
jmkirksey@kirkseylawfirm.com

and

**HEPLERBROOM LLC**

 *By: /s/ Charles N. Insler*
Thomas Magee #32871
Charles N. Insler #58623
701 Market Street, Suite 1400
St. Louis, MO 63101
T: 314.241.6160

F: 314.241.6116
thomas.magee@heplerbroom.com
charles.insler@heplerbroom.com